STATE of Missouri, Respondent,

v.

Wanda L. SANDERS, Appellant.

No. WD 36206.

Missouri Court of Appeals, Western District.

Sept. 17, 1985.

Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied Dec. 3, 1985.

Fred Duchardt, Keven Rotert, Frank Smith III, Public Defender's Office, Clay County, Liberty, for appellant.

James B. Chancellor, Asst. Pros. Atty., Liberty, for respondent.

Before MANFORD, P.J., and PRITCHARD and LOWENSTEIN, JJ.

PER CURIAM:

Appeal from a jury trial convictions of assault in the third degree, § 565.070 RSMo (1978), and stealing, § 570.030 RSMo (Supp.1983), consecutive sentences of one year and sixty days, and fines of $1,000.00 in each case. Cases consolidated for appeal.

Judgment affirmed. Rule 30.25(b).